Case 7:23-cv-00230   Document 28   Filed on 04/26/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NAZARIO MARTINEZ and JULIANA GARZA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JUAN GARZA, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 7:23-CV-00230 |
| JAVIER LAGOS PINEDA and TRANSPORTES REFRIGERADOS GALVAN, S.A. DE C.V., | § § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the April 10, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 27). Judge Bray made findings and conclusions and recommended that Defendant Transportes Refrigerados Galvan, S.A. de C.V.'s Motion for Partial Summary Judgment,[1] (Dkt. No. 24), be granted, (Dkt. No. 27 at 1, 7–8).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th

---

[1] The other defendant in this case, Javier Lagos Pineda, "has not been served and has not answered. The instant motion is filed on behalf of [Transportes Refrigerados Galvan, S.A. de C.V.] only." (Dkt. No. 27 at 2 n.2). "[Transportes Refrigerados Galvan, S.A. de C.V.] is not moving [for partial summary judgment] on behalf of Pineda." (*Id.* at 4).

Cir. 2005).  No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court.

It is therefore ordered that:

(1) Judge Bray's M&R, (Dkt. No. 27), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Defendant Transportes Refrigerados Galvan, S.A. de C.V.'s Motion for Partial Summary Judgment, (Dkt. No. 24), is **GRANTED**;

(3) Plaintiffs' gross negligence claims against Transportes Refrigerados Galvan, S.A. de C.V. are **DISMISSED**; and

(4) Plaintiffs' direct negligence claims against Transportes Refrigerados Galvan, S.A. de C.V. are **DISMISSED**.

It is SO ORDERED.

Signed on April 26, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**