IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NAZARIO MARTINEZ, *and* <br> JULIANA GARZA, *Individually and as* <br> *Representative of the Estate of* <br> JUAN GARZA, *Deceased* <br> Plaintiffs <br><br> V. <br><br> TRANSPORTES REFRIGERADOS <br> GALVAN, S.A., DE C.V., *and* JAVIER <br> LAGOS PINEDA | § § § § § § § § § § § | CIVIL ACTION NO. 7:23-cv-00230 |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE MAGISTRATE JUDGE OF SAID COURT:

NOW COME Plaintiffs, Nazario Martinez and Juliana Garza, Individually and as Representative of the Estate of Juan Garza Deceased., and Transportes Refrigerados Galvan, S.A., de C.V., and notify the court that the parties have reached a settlement agreement that will result in a full and final release and Dismissal with Prejudice of all claims and causes of action asserted in this lawsuit. The parties respectfully request the removal of all Hearings, Deadlines and Trial settings from the Court's docket. The parties anticipate providing final closing within the next 30 days from the filing of this notice.

                                                              Respectfully submitted,

                                                              VILLARREAL & BEGUM, PLLC
                                                              2401 Wild Flower Drive, Suite A.
                                                              Brownsville, Texas 78526
                                                              Tel: 956-300-0000
                                                              Fax: 956-550-0877

                                   By:    */s/ Daniel Torres*
                                                      Daniel A. Torres
                                                      State Bar No. 24046985
                                                      Federal Bar No. 573645

daniel@jvlawfirm.com
Javier Villarreal
State Bar No. 24028097
Federal Bar No. 30384
jv@jvlawfirm.com

*Attorneys for Plaintiffs*

FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas  78746
(512) 476-5300
FAX (512) 476-5771

By: */s/ W. Cole Thompson*
<u>With Permission, Daniel Torres</u>
Joanna Lippman Salinas
State Bar No. 00791122
Southern District ID No.: 29464
joanna.salinas@fletcherfarley.com
W. Cole Thompson
State Bar No. 24098515
Southern District ID No.: 3861064
wcole.thompson@fletcherfarley.com

Attorneys for Defendant,
*Transportes Refrigerados Galvan, S.A., de C.V.*

___